AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York |
|---|---|
| DOCKET NO.<br>1:20-cv-3167 | DATE FILED<br>April 21, 2020 |

| PLAINTIFF | DEFENDANT |
|---|---|
| BACKGRID USA, INC., a California corporation, | TUMBLR, INC., a Delaware corporation; AUTOMATTIC INC. a Delaware corporation; and DOES 1-10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy


American LegalNet, Inc.
www.FormsWorkFlow.com

| copyright_number | copyright_title | author_name |
|---|---|---|
| VA0002013958 | *PREMIUM EXCLUSIVE* Nial Horan lets loose in West Hollywood **MUST CALL FOR PRICING** | Julio Toledo |
| VA0002013977 | *EXCLUSIVE* Taylor Swift grabs a bite with her bestie Karlie Kloss | Daniel Poersch |
| VA0002013992 | *EXCLUSIVE* A fit Emma Stone fuels up on the PCH | Rodrigo Fracascio |
| VA0002013943 | Group Registration Photos, *EXCLUSIVE* Taylor Swift is the definition of a denim dame while out with a friend - set number AG_107541 - published April 4, 2016, 14 images. | Edwin Blanco |
| VA0002020213 | Group photo registration, *Premium Exclusive* Taylor Swift and Tom Hiddleston celebrate 4th of July weekend with VIP friends, published on July 4 2016, 60 photos | Wagner Azevedo |
| VA0002020181 | Group photo registration, *premium exclusive* Taylor Swift and Tom Hiddleston make a splash with VIP friends!, 130 photos, published 7/4/2016 | Humberto Octavio Carreno |
| VA0002050264 | Rihanna has her Heart on her Sleeve! - set number AG_129017 - 24 images | Marvin Patterson |
| VA0002050307 | Kim K and North wear matching 'Mommy and Me' glittering gowns - set number AG_129103 - 22 images | Marvin Patterson |
| VA0002050052 | Nicki Minaj puts her assets on display at The Alexander Wang Show - set number AG_130070 - 13 images | Brian Lindensmith |
| VA0002066856 | Group publication, *EXCLUSIVE* Beyoncé celebrates with Jay-Z, Nicki Minaj and T.I. until the early morning - set number AG_146692 - 48 images, 10/16/16 | Marvin Patterson |
| VA0002050308 | Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 images, 10/29/2016 | Devone Byrd |
| VA0002050290 | Group registration, Gigi Hadid goes against the grain with her unique Halloween ensemble - set number AG_149050 - 42 images, 10/31/2016 | Tyrone Jackson |
| VA0002050292 | Group registration, Snoop Dogg grabs a piggy back ride at Catch LA - set number AG_149110 - 18 images, 11/1/2016 | Hellmuth Dominguez |
| VA0002066857 | Group registration, *EXCLUSIVE* Emma Roberts hits the newsstand with her gals - set number AG_151141 - 22 images, 11/13/2016 | Edwin Blanco |
| VA0002050055 | Group registration, *PREMIUM EXCLUSIVE* Hot New Couple Selena Gomez and The Weeknd Can't hide their Love - set number AG_162014 - 45 images, 1/11/2017 | Roberto Maciel |
| VA0002050270 | Group registration, *EXCLUSIVE* Kourtney Kardashian and Justin Bieber have a late night rendezvous **WEB EMBARGO UNTIL 2PM PST ON 01/16/17** - set number AG_162774 - 31 images, 1/15/2017 | Hellmuth Dominguez |
| VA0002050271 | Group registration, *EXCLUSIVE* Hannah Lee Fowler beams from ear to ear before her marriage to Sam Hunt - set number AG_818014 - 9 images, 4/15/2017 | August Heim |
| VA0002059460 | Published Group of Photos, Amber Rose and Odell Beckham Jr. zoom along at Coachella - set number AG_190811 - 5 images, 4/15/2017 | Lesley Garcia |
| VA0002049677 | Published Group of Photos, *EXCLUSIVE* Selena Gomez and The Weeknd party it up during Coachella Day One - set number AG_817706 - 5 images, 4/15/2017 | Edwin Blanco |
| VA0002049672 | Published Group of Photos, *EXCLUSIVE* Rihanna is sexy in denim at Kendrick Lamar's Coachella Performance - set number AG_819057 - 8 images, 4/17/2017 | Roger Figueroa |
| VA0002058497 | Group registration of published photos, *PREMIUM-EXCLUSIVE* Beyonce shows off her amazing braided hair leaving Beauty & Essex - set number AG_821556 - 18 images, 4/19/2017 | Hellmuth Dominguez |
| VA0002049673 | Published Group of Photos, *EXCLUSIVE* Kourtney Kardashian enjoys a lunch date with model Younes Bendjima! - set number BGUS_836128 - 26 images, 5/3/2017 | Carlos Ruano |

| | | |
|---|---|---|
| VA0002049669 | Published Group of Photos, Beyonce and Kelly Rowland celebrate Cinco De Mayo together at Gracias Madres - set number BGUS_840768 - 35 images, 5/6/2017 | Javier Calderon |
| VA0002049675 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Beyoncé shows off her massive belly at her baby shower - set number BGUS_860219 - 41 images, 5/21/2017 | Gerardo Vasquez |
| VA0002066791 | Published Group of Photos, *EXCLUSIVE* Gwen Stefani and Blake Shelton make a trip to the recording studio together - set number BGUS_874225 - 21 images, published 2017-06-01 | Adriano Camolese |
| VA0002062066 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Lea Michele combines paddle boarding with yoga! - set number BGUS_906236 - 29 images, published 2017-06-30 | Larrick "Kapule" Eubank |
| VA0002062071 | Published Group of Photos, *EXCLUSIVE* Justin Bieber is pictured coming back from his early morning walk in Sydney - set number BGUS_910672 - 12 images, published 2017-07-04 | Kirk Howard Antonio Powell |
| VA0002060678 | Group Registration Photos, *PREMIUM-EXCLUSIVE* Beyonce and Jay Z out for a date night in Los Angeles, CA - set number BGUS_921082 - 51 images, published 2017-07-14 | Gerardo Vasquez |
| VA0002062065 | Published Group of Photos, *EXCLUSIVE* Taylor Hill and Michael Stephen Shank step out for lunch in the Big Apple - set number BGUS_924755 - 7 images, published 2017-07-17 | Banjo McLachlan |
| VA0002062166 | Published Group of Photos, *EXCLUSIVE* Justin Bieber looks worse for wear in West Hollywood - set number BGUS_927288 - 74 images, published 2017-07-20 | Walter Blanco |
| VA0002061176 | Group Registration Photos, *EXCLUSIVE* Justin Bieber lays down in the grass with a couple of friends - set number BGUS_927474 - 65 images, published 2017-07-19 | Vinicius Poersch |
| VA0002062273 | Published Group of Photos, *EXCLUSIVE* Kendall Jenner shows off her Summer style while heading to a spa - set number BGUS_930489 - 28 images, published 2017-07-22 | Maximillano Lopes Jr. |
| VA0002062271 | Published Group of Photos, Kim Kardashian and Khloe Kardashian show off their famous curves while out to lunch at Chin Chin - set number BGUS_934685 - 44 images, published 2017-07-26 | Ramon Alves |
| VA0002062268 | Published Group of Photos, Kourtney Kardashian dines out at Craig's following an incident with her car - set number BGUS_935264 - 15 images, published 2017-07-27 | Salvador Ramos |
| VA0002073589 | Published Group of Photos, Kerry Washington attends a party at Au Fudge Restaurant - set number BGUS_937549 - 44 images, published 2017-07-29 | Eduardo Arrivabene |
| VA0002062174 | Published Group of Photos, *EXCLUSIVE* Kylie Jenner gets an eyeful from an admiring fan. - set number BGUS_938309 - 19 images, published 2017-07-31 | Julio Toledo |
| VA0002073255 | Published Group of Photos, The more the merrier! Kendall Jenner, Bella Hadid, Hailey Baldwin, Scott Disick and more party it up in NYC - set number BGUS_941690 - 66 images, published 2017-08-03 | Marvin Patterson |
| VA0002084015 | Published Group of Photos, *EXCLUSIVE* Selena Gomez and The Weeknd showing signs of 'organic' love *WEB MUST CALL FOR PRICING* - set number BGUS_959820 - 10 images, published 2017-08-22 | Mike Kamara |
| VA0002084016 | Published Group of Photos, Jennifer Lopez and Alex Rodriguez cause a frenzy after the boxing match - set number BGUS_967008 - 27 images, published 2017-08-27 | Julio Toledo |
| VA0002078340 | Published Group of Photos, Taylor Swift celebrated her bffs wedding at Martha's Vineyard - set number BGUS_976240 - subset RYMI - 16 images, published 2017-09-02 | Ryan Miner |

| | | |
|---|---|---|
| VA0002084114 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Jamie Foxx and Katie Holmes make it official on Romantic Beach Stroll! **MUST CALL FOR PRICING** - set number BGUS_978832 - subset RMBI - 96 images, published 2017-09-05 | Rodrigo Fracascio |
| VA0002084010 | Published Group of Photos, Bella Hadid heads out following a fitting at Alexander Wang - set number BGUS_980494 - 15 images, published 2017-09-06 | Wagner Azevedo |
| VA0002074806 | Published Group of Photos, Justin Bieber keeps it sharp at The Nice Guy - set number BGUS_998997 - 17 images, published 2017-09-20 | Julio Toledo |
| VA0002069871 | Published Group of Photos, The Kardashians get together at Iceland Ice Skating Center - set number BGUS_1000043 - 26 images, published 2017-09-21 | Ramon Alves |
| VA0002069869 | Published Group of Photos, Kim Kardashian and the kids wrap up their fun day at the Iceland Ice Skating Rink - set number BGUS_1000159 - 27 images, published 2017-09-21 | Ramon Alves |
| VA0002083023 | Published Group of Photos, *EXCLUSIVE* Rihanna decks herself in Burberry for dinner in the Big Apple - set number BGUS_1019914 - 26 images, published 2017-10-10 | Marvin Patterson |
| VA0002086927 | Published Group of Photos, *EXCLUSIVE* Paul Rudd gets energetic on the set of 'Ant-Man And The Wasp' - set number BGUS_1023958 - 27 images, published 2017-10-13 | August Heim |
| VA0002084012 | Published Group of Photos, *EXCLUSIVE* Jennifer Lopez shows off her curves as she arrives to the Studio - set number BGUS_1031685 - 17 images, published 2017-10-19 | Wagner Azevedo |
| VA0002084110 | Published Group of Photos, *EXCLUSIVE* Miley Cyrus and Liam Hemsworth take a walk in Savannah - set number BGUS_1042873 - 15 images, published 2017-10-31 | Michael Griffin |
| VA0002086697 | Published Group of Photos, Selena Gomez and Justin Bieber spotted bike riding together! - set number BGUS_1046036 - 59 images, published 2017-11-01 | Gerardo Vasquez |
| VA0002087527 | Published Group of Photos, *EXCLUSIVE* Kanye West seems to be working on his dad bod by shooting hoops with Migos - set number BGUS_1048271 - 68 images, published 2017-11-03 | Mike Kamara |
| VA0002086692 | Published Group of Photos, *EXCLUSIVE* Sofia Richie lounges topless with Scott Disick while on vacation - set number BGUS_990501 - 48 images, published 2017-11-06 | Eduardo Pimental |
| VA0002087609 | Group Registration Photos, *EXCLUSIVE* Rihanna arrives at her favorite restaurant Giorgio Baldi for dinner - set number BGUS_1056310 - 27 images, published 2017-11-12 | Roberto Maciel |
| VA0002086689 | Published Group of Photos, Star-studded guests start to arrive for Serena Williams and Alexis Ohanian wedding! - set number BGUS_1061476 - 18 images, published 2017-11-16 | Julio Toledo |
| VA0002086897 | Published Group of Photos, *EXCLUSIVE* Kaia Gerber rocks the double denim while out with a friend - set number BGUS_1069292 - 23 images, published 2017-11-24 | Andy Deetz |
| VA0002093296 | Group Registration Photos, *PREMIUM-EXCLUSIVE* Justin Bieber and Selena kiss again!! - set number BGUS_1074516 - 71 images, published 2017-11-30 | Roberto Maciel |
| VA0002086920 | Published Group of Photos, Jay-Z and Beyonce leaving the movies on his birthday - set number BGUS_1078612 - 15 images, published 2017-12-04 | Tyrone Jackson |
| VA0002093221 | Group Registration Photos, Maria Sharapova wears a Pink Floyd shirt to lunch - set number BGUS_1080878 - 15 images, published 2017-12-06 | Enrique Aviles |
| VA0002093226 | Group Registration Photos, *EXCLUSIVE* Justin Bieber grabs lunch with his church's preacher - set number BGUS_1084968 - 24 images, published 2017-12-10 | Eduardo Pimental |

| | | |
|---|---|---|
| VA0002093216 | Group Registration Photos, *EXCLUSIVE* Kendall Jenner hits the streets of Beverly Hills with her mini me Kaia Gerber - set number BGUS_1087986 - 44 images, published 2017-12-13 | Ryan Fuertes |
| VA0002096160 | *EXCLUSIVE* Cameron Diaz and hubby Benji Madden head to Hamilton - set number BGUS_1096581 - 17 images | Jaime Perez |
| VA0002096560 | *EXCLUSIVE* Rosie Huntington-Whiteley hits the gym in Los Angeles - set number BGUS_1097828 - 12 images | Leandro Persch |
| VA0002097281 | *EXCLUSIVE* Elle MacPherson looked to be defying the laws of aging while enjoying some time in Bahamas - set number BGUS_1099472 - 27 images | Carlos Marques |
| VA0002086878 | Published Group of Photos, Stan Lee helped out of the doctor's office in Beverly Hills - set number BGUS_1104577 - 5 images, published 2018-01-08 | Ryan Fuertes |
| VA0002097271 | Gigi Hadid goes balloon shopping with friends after lunch - set number BGUS_1104438 - 47 images | Tyrone Jackson |
| VA0002098194 | *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of 'Avengers 4' - set number BGUS_1105954 - 42 images | August Heim |
| VA0002098181 | *EXCLUSIVE* 'Avengers 4' filming in Atlanta - set number BGUS_1106491 - 22 images | August Heim |
| VA0002098191 | *EXCLUSIVE* Britney Spears shows off fit figure and possible new ring! **WEB MUST CALL FOR PRICING** - set number BGUS_1104632 - 38 images | Aja Oxman |
| VA0002098178 | *EXCLUSIVE* Hailey Baldwin looks casual as she grabs lunch with a friend at Zinque Cafe - set number BGUS_1107170 - 24 images | Daniel Poersch |
| VA0002099609 | *EXCLUSIVE* Cobie Smulders and Samuel L. Jackson re-teaming for upcoming Marvel movie! - set number BGUS_1116452 - 35 images | August Heim |
| VA0002099951 | Zayn Malik Looks Dapper As He Steps Out In NYC - set number BGUS_1120245 - 19 images | Daniel Herrick |
| VA0002099948 | *PREMIUM-EXCLUSIVE* Ben Affleck takes a bad spill on his motorcycle - set number BGUS_1109498 - 9 images | Carlos Maidana |
| VA0002087836 | Group Registration Photos, Singer Normani Kordei shows some leg arriving to the Sony building in NYC - set number BGUS_1122944 - 14 images, published 2018-01-26 | Marvin Patterson |
| VA0002099945 | *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images | August Heim |
| VA0002102984 | *EXCLUSIVE* Mila Kunis wears short floral print dress during solo outing - set number BGUS_1128217 - 13 images | Daniel Poersch |
| VA0002103082 | Nicola Peltz and Anwar Hadid have a dinner date at Craig's - set number BGUS_1130024 - 16 images | Greg Bramwell |
| VA0002100851 | *EXCLUSIVE* Selena Gomez and a friend get in an early morning trip to an art supply store - set number BGUS_1130701 - 28 images | Maximillano Lopes Jr. |
| VA0002100822 | *EXCLUSIVE* Justin Bieber and Selena Gomez are all loved up on a romantic Valentine's Day date *WEB MUST CALL FOR PRICING* - set number BGUS_1143733 - 62 images | Maximillano Lopes Jr. |
| VA0002103066 | Samuel L. Jackson is spotted with the new and original 'Shaft' while filming in NYC - set number BGUS_1146233 - 14 images | Luis Guerra Jr. |
| VA0002103056 | *PREMIUM-EXCLUSIVE* Justin Bieber and Selena Gomez cozy up with each other while in Jamaica **WEB EMBARGO UNTIL 2PM PST ON 02/21/18** - set number BGUS_1148393 - 72 images | Stuart Browning |
| VA0002104294 | *EXCLUSIVE* Elle Fanning is all smiles for the LAPD as she leaves the gym - set number BGUS_1153425 - 25 images | Tuan Pham |
| VA0002106076 | *PREMIUM-EXCLUSIVE* Love is in the Air: Emma Watson and Chord Overstreet are dating! - set number BGUS_1167872 - 87 images | Eduardo Pimental |
| VA0002103073 | *EXCLUSIVE* Brie Larson films 'Captain Marvel' in LA - set number BGUS_1179406 - 15 images | Kevin Perkins |

| | | |
|---|---|---|
| VA0002096896 | Justin Bieber leaves his weekly Church service - set number BGUS_1181804 - 13 images | Roberto Maciel |
| VA0002109154 | *PREMIUM-EXCLUSIVE* Cara Delevingne and Paris Jackson share a Kiss as their Rumored Romance heats up - set number BGUS_1183432 - 30 images | Roger Figueroa |
| VA0002102547 | *EXCLUSIVE* Drake drops the top on his Maybach in Calabasas - set number BGUS_1191162 - 35 images | Mike Kamara |
| VA0002108206 | *EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the 'Sabrina' series reboot - set number BGUS_1193177 - 45 images | Justin King |
| VA0002108207 | Hailey Baldwin goes on a coffee run in WeHo - set number BGUS_1194869 - 22 images | Brian Lindensmith |
| VA0002141652 | *EXCLUSIVE* Blac Chyna and YBN Almighty Jay share the PDA at the Lashed Ladies In LA Luncheon - set number BGUS_1219398 - 35 images | Hakop Arshakyan |
| VA0002113531 | *EXCLUSIVE* Jessica Alba and Cash Warren are ready for takeoff at LAX - set number BGUS_1219248 - 22 images | Marcelo Campos |
| VA0002125122 | *EXCLUSIVE* Kourtney and Khloe Kardashian arrive for an afternoon of bowling in Woodland Hills - set number BGUS_1291307 - 29 images | Hakop Arshakyan |
| VA0002127157 | *EXCLUSIVE* Hilary Duff and Matthew Koma enjoy a romantic walk on the beach in Malibu **WEB MUST CALL FOR PRICING** - set number BGUS_1310318 - 59 images | Leonardo Dobner |
| VA0002127611 | *PREMIUM-EXCLUSIVE* Tom Cruise is spotted for the first time as he reprises his starring role in sequel to 'Top Gun' 32 years after hit film's original release **WEB EMBARGO UNTIL 11AM PST ON 10/10/18 - set number BGUS_1362232 - 40 images | David Sanchez |
| VA0002134572 | *PREMIUM-EXCLUSIVE* Terrence J and Jasmine Sanders crash $300,000 McLaren as car is sent plowing through a parking meter before stopping at a tree - set number BGUS_1362451 - 21 images | Shannon Watts |
| VA0002129310 | *PREMIUM-EXCLUSIVE* Emma Watson shares a kiss with new hunk Brendan Wallace! - set number BGUS_1369512 - 28 images | Mario Diaz |
| VA0002136886 | On-again couple Bella Hadid and The Weeknd go for a romantic stroll in New York - set number BGUS_1385827 - 9 images | Fernando Ramales |
| VA0002136868 | *EXCLUSIVE* Ashley Greene and Paul Khoury go grocery shopping together - set number BGUS_1392296 - 14 images | Vladimir Labissiere |
| VA0002136865 | *EXCLUSIVE* Emma Watson, Florence Pugh, Saoirse Ronan and Eliza Scanlen get into character for "Little Women" - set number BGUS_1394112 - 20 images | Ryan Miner |
| VA0002140204 | *EXCLUSIVE* Kaia Gerber and Kendall Jenner have a girls' day out in West Hollywood - set number BGUS_1409444 - 42 images | Gustavo Munoz |
| VA0002140045 | *EXCLUSIVE* Elsa Hosk and Martha Hunt show off their beach bods in Mexico - set number BGUS_1409640 - 31 images | Arturo Millan |
| VA0002140039 | Kaia Gerber and Presley Gerber leave Craig's in West Hollywood - set number BGUS_1411973 - 47 images | Roberto Maciel |
| VA0002142355 | *EXCLUSIVE* Kendall Jenner rocks a Winter White look for the Fleetwood Mac concert - set number BGUS_1434651 - 31 images | Julio Toledo |
| VA0002142715 | *EXCLUSIVE* Brooklyn Beckham and Hana Cross pack on the PDA while taking photos on Rodeo Drive - set number BGUS_1436461 - subset SPOT - 56 images | Daniel Poersch |
| VA0002146828 | Victor Cruz & Girlfriend Karrueche Tran Bare Beach Bodies in Miami! - set number BGUS_1444884 - 52 images | Victor Eras |
| VA0002146818 | *EXCLUSIVE* Jennifer Lopez and Alex Rodriguez start off the new year with a trip to the gym in Venice Beach - set number BGUS_1445682 - 35 images | Daniel Poersch |
| VA0002146399 | *EXCLUSIVE* Jennifer Lopez and Alex Rodriguez love to work out together and stay in shape - set number BGUS_1451706 - subset BENS - 12 images | Bernardo Bens |

| | | |
|---|---|---|
| VA0002147752 | *EXCLUSIVE* John Legend gets photobombed by 'Fiji Water Girl' while grocery shopping - set number BGUS_1454016 - 13 images | Jose Lazo |
| VA0002148912 | *EXCLUSIVE* Margot Robbie films scenes for latest Harley Quinn role in '"Birds of Prey" - set number BGUS_1474929 - 87 images | Walter Blanco |
| VA0002148470 | Pete Davidson and Kate Beckinsale show confirmation of dating rumors while out in Los Angeles - set number BGUS_1475018 - 4 images | Roger Figueroa |
| VA0002148535 | *EXCLUSIVE* Kim Kardashian sports black leather for a lunch date with Kourtney Kardashian and Scott Disick - set number BGUS_1476830 - 37 images | Hayk Arsham |
| VA0002149876 | A shirtless Rob Gronkowski parties on a duck boat with girlfriend Camille Kostek - set number BGUS_1477302 - 20 images | Ryan Miner |
| VA0002149873 | *EXCLUSIVE* Cindy Crawford and daughter Kaia Gerber have a girls shopping trip to Barneys New York - set number BGUS_1477823 - 31 images | Marcos Vasquez |
| VA0002150094 | *EXCLUSIVE* Camila Cabello and Matthew Hussey go hand in hand ahead of their flight at LAX - set number BGUS_1485498 - 27 images | Marcelo Campos |
| VA0002143940 | *PREMIUM-EXCLUSIVE* Jennifer Lopez and Alex Rodriguez soak up the sun in the Bahamas after getting engaged and rumors of cheating surface - set number BGUS_1513633 - 31 images | Carlos Marques |
| VA0002159767 | *EXCLUSIVE* Kendall Jenner gets leggy in leopard for lunch with friends - set number BGUS_1552174 - 20 images | Eduardo Pimental |
| VA0002155459 | *PREMIUM-EXCLUSIVE* Britney Spears is seen leaving The Montage hotel in Beverly Hills after a day of indulgences - set number BGUS_1555859 - subset SGGS - 33 images | Steve Ginsburg |
| VA0002164739 | *EXCLUSIVE* Priyanka Chopra and Mrs. Jonas head out to dinner - set number BGUS_1556146 - 11 images | August Heim |
| VA0002165013 | Kim Kardashian and Kanye West leave Travis Scott's birthday party - set number BGUS_1560477 - 41 images | Hakop Arshakyan |
| VA0002196541 | *EXCLUSIVE* Leo DiCaprio's beach volleyball game turns to dodgeball as actor gets nailed in the face - ** WEB MUST CALL FOR PRICING ** - set number BGUS_1635588 - 98 images | Leonardo Dobner |
| VA0002179403 | *EXCLUSIVE* Jessica Alba heads to her office in LA looking business casual - set number BGUS_1685415 - 22 images | Stefan Stoianov |
| VA0002185930 | *EXCLUSIVE* Emma Watson runs into former fling while out with a different guy! - set number BGUS_1699353 - 72 images | Daniel Poersch |
| VA0002197541 | *EXCLUSIVE* Lily Collins grabs her caffeine fix to-go - set number BGUS_1791889 - 11 images | Adriano Camolese |
| VA0002010938 | *EXCLUSIVE* Gal pals Reese Witherspoon and Meg Ryan chat it up at Reese's office | Daniel Poersch |
| VA0002013987 | *EXCLUSIVE* Eddie Redmayne and wife Hannah Bagshawe enjoy a lunch at Nobu | Leonardo Dobner |
| VA0002013995 | *EXCLUSIVE* Kat Von D seeks solace in a friend after breakup with Steve-O | Rodrigo Fracascio |
| VA0002013969 | *EXCLUSIVE* Emma Stone is looking fit and fresh faced after hitting up the gym | Vinicius Poersch |
| VA0002013937 | *EXCLUSIVE* Stylish Jessica Biel goes shopping at Antrhopology | Edwin Blanco |
| VA0002013929 | *EXCLUSIVE* Justin Bieber and Tyler, The Creator enjoy sushi at The Izaka-Ya | Roger Figueroa |
| VA0002013940 | *EXCLUSIVE* Karlie Kloss heads out on a beautiful day for meetings in New York | Tim Jackson |
| VA0002013982 | *EXCLUSIVE* Lana Del Rey shows off her sensational curves in Malibu | Leonardo Dobner |
| VA0002013946 | *EXCLUSIVE* Victoria Beckham and David enjoy a rare date without their children **WEB EMBARGO UNTIL 7AM PST ON 04/06/16** | Alexandre Kantif De Macedo |
| VA0002013989 | *PREMIUM EXCLUSIVE* Louis Tomlinson takes his son Freddie out to lunch at Marmalade | Rodrigo Fracascio |

| | | |
|---|---|---|
| VA0002056348 | Group registration, *EXCLUSIVE* Jay Z dons an illuminati tee as he takes a call - set number AG_132702 - 16 images, 9/27/2016 | Tyrone Jackson |
| VA0002066859 | Group registration, *EXCLUSIVE* Stars film an Epic four show Crossover for the DC Universe - set number AG_146210 - 48 images, 10/13/2016 | Rik Fedyck |
| VA0002028297 | Group registration, *EXCLUSIVE* Gigi Hadid and Zayn Malik visit her mom Yolanda - set number AG_146916 -19 images, 10/18/2016 | Edwin Blanco |
| VA0002028303 | Group registration, *EXCLUSIVE* Alessandra Ambrosio picks up son Noah after a workout - set number AG_147946 - 41 images, 10/25/2016 | Tomas Maidana |
| VA0002050286 | Group registration, Kourtney Kardashian arrives at Bootsy Bellows as a dead bride - set number AG_148733 - 13 images, 10/30/2016 | Roger Figueroa |
| VA0002066858 | Group registration, *EXCLUSIVE* Travis Scott stops by Maxfield in his purple camo Lambo - set number AG_150607 - 28 images, 11/9/2016 | Adriano Camolese |
| VA0002061183 | Group Registration Photos, Justin Bieber runs into Patrick Schwarzenegger and Abby Champion in Soho - set number BGUS_869434 - 16 images, published 2017-05-27 | Marvin Patterson |
| VA0002061179 | Group Registration Photos, *EXCLUSIVE* Irina Shayk takes her newborn girl for a morning stroll - set number BGUS_878609 - 37 images, published 2017-06-06 | Daniel Poersch |
| VA0002062258 | Published Group of Photos, Vanessa Hudgens rocks Moschino in a red mini dress - set number BGUS_882140 - 12 images, published 2017-06-08 | Gustavo Munoz |
| VA0002061182 | Group Registration Photos, *EXCLUSIVE* Kaia Gerber celebrates Delilah Belle Hamlin's 19th birthday at Delilah - set number BGUS_884920 - 32 images, published 2017-06-11 | Hellmuth Dominguez |
| VA0002059746 | Group Registration Photos, 'Riverdale' shoots dream wedding sequence in Burnaby - set number BGUS_902422 - 31 images, published 6/26/2017 | Rik Fedyck |
| VA0002062274 | Published Group of Photos, Rihanna looks flawless in Puma at her fave dinner spot - set number BGUS_919323 - 34 images, published 2017-07-12 | Gerardo Vasquez |
| VA0002071691 | Published Group of Photos, Madison Beer hits up "Beauty & Essex" with her girls - set number BGUS_919917 - 10 images, published 2017-07-12 | Hellmuth Dominguez |
| VA0002060706 | Group Registration Photos, *EXCLUSIVE* Vanessa Hudgens doubles up on her Caffeine Fix - set number - 17 images, published 2017-07-21 | Edwin Blanco |
| VA0002061177 | Group Registration Photos, *EXCLUSIVE* Shirtless Justin Bieber lets model Audreyana Michelle hop in the drivers seat of his G Wagon - set number BGUS_931455 - 43 images, published 2017-07-23 | Daniel Poersch |
| VA0002073587 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Kevin Hart and Eniko Parrish enjoy a day on the beach with Ludacris in Cabo - set number BGUS_931516 - 32 images, published 2017-07-25 | Mario Diaz |
| VA0002061180 | Group Registration Photos, Justin Bieber enjoys a casual lunch in LA after canceling his Purpose tour - set number BGUS_933572 - 38 images, published 2017-07-25 | Gerardo Vasquez |
| VA0002069836 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Kim Kardashian arrives for lunch at Stanley's with her siblings - set number BGUS_933602 - 29 images, published 2017-07-25 | Ramon Alves |
| VA0002061181 | Group Registration Photos, Justin Bieber has a chat with Pastor Carl Lentz at Mastro's - set number BGUS_933933 - 21 images, published 2017-07-25 | Gerardo Vasquez |
| VA0002062158 | Published Group of Photos, *EXCLUSIVE* Zayn Malik heads to a hookah lounge with a group friends smoking a 'cigarette' - set number BGUS_935240 - 29 images, published 2017-07-27 | Julio Toledo |
| VA0002062159 | Published Group of Photos, Justin Bieber is in a good mood after another meal at Nobu - set number BGUS_937845 - 14 images, published 2017-07-29 | Julio Toledo |
| VA0002062275 | Published Group of Photos, Justin Bieber returns to the Montage Hotel after going to church - set number BGUS_939971 - 18 images, published 2017-08-01 | Maximillano Lopes Jr. |

| | | |
|---|---|---|
| VA0002073249 | Published Group of Photos, Leigh Anne Pinnock arrives for Karlie Kloss's birthday party - set number BGUS_943044 - 12 images, published 2017-08-04 | Hellmuth Dominguez |
| VA0002073247 | Published Group of Photos, *EXCLUSIVE* Kylie Jenner wears red slippers and weed tee-shirt - set number BGUS_943499 - 32 images, published 2017-08-04 | Mike Kamara |
| VA0002062172 | Published Group of Photos, Justin Bieber dines at Dream Hollywood hotel - set number BGUS_944950 - 17 images, published 2017-08-06 | Edwin Blanco |
| VA0002073265 | Published Group of Photos, Gigi Hadid and Zayn Malik hold hands as Bella Hadid leads the way to a helipad - set number BGUS_991869 - 43 images, published 2017-09-14 | Marvin Patterson |
| VA0002075932 | Published Group of Photos, The Kardashian family enjoys a day at Iceland Ice Skating Center - set number BGUS_1000064 - subset RAAK - 40 images, published 2017-09-21 | Ramon Alves |
| VA0002075929 | Published Group of Photos, *EXCLUSIVE* Kim Kardashian seen leaving Casa Vega restaurant in very good shape - set number BGUS_1001632 - 27 images, published 2017-09-22 | Roberto Maciel |
| VA0002074807 | Published Group of Photos, *EXCLUSIVE* Justin Bieber parks in a handicap spot just to get a juice! - set number BGUS_1004462 - 46 images, published 2017-09-25 | Eduardo Arrivabene |
| VA0002086701 | Published Group of Photos, *EXCLUSIVE* Lucy Hale is welcomed by her dog Elvis while touching down in Vancouver - set number BGUS_1035541 - 12 images, published 2017-10-23 | Rik Fedyck |
| VA0002086864 | Published Group of Photos, *EXCLUSIVE* Louis Tomlinson and girlfriend Eleanor Calder hold hands while shopping **WEB MUST CALL FOR PRICING** - set number BGUS_1037514 - 63 images, published 2017-10-24 | Marcos Vasquez |
| VA0002087381 | Published Group of Photos, *EXCLUSIVE* Liam Hemsworth horses around while filming "Killerman" - set number BGUS_1043979 - 7 images, published 2017-11-02 | August Heim |
| VA0002085938 | Group Registration Photos, Camila Morrone exits at Kendall Jenner's 22nd birthday dinner - set number BGUS_1048429 - 6 images, published 2017-11-03 | Gustavo Munoz |
| VA0002090490 | Group Registration Photos, *EXCLUSIVE* Charlie Hunnam stops to pick up some Naan bread with a friend - set number BGUS_1057013 - 10 images, published 2017-11-12 | Jose Garcia |
| VA0002090496 | Group Registration Photos, Gigi Hadid cuts a casual look with a graphic cropped top - set number BGUS_1058686 - 16 images, published 2017-11-14 | Wagner Azevedo |
| VA0002087385 | Published Group of Photos, *EXCLUSIVE* Julianne Hough and Taylor Hoechlin with Colton Haynes filming "Bigger" - set number BGUS_1057750 - 41 images, published 2017-11-15 | Carlos Marques |
| VA0002086933 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Selena and Justin: It's Official and It's Love - set number BGUS_1060819 - 22 images, published 2017-11-16 | Luis Mejicano |
| VA0002090478 | Group Registration Photos, *EXCLUSIVE* Nikki Bella shows off her fit figure as she meets up with Artem Chigvintsev - set number BGUS_1061408 - 72 images, published 2017-11-16 | Tuan Pham |
| VA0002086869 | Published Group of Photos, *EXCLUSIVE* Bradley Cooper and Irina Shayk take their daughter to see Santa Claus **WEB MUST CALL FOR PRICING** - set number BGUS_1062406 - 39 images, published 2017-11-18 | Ryan Fuertes |
| VA0002093289 | Group Registration Photos, Kourtney Kardashian and Larsa Pippen get detox tea's after lunch at Cecconi's with friends - set number BGUS_1070107 - 56 images, published 2017-11-25 | Julio Toledo |

| | | |
|---|---|---|
| VA0002093235 | Group Registration Photos, Justin Bieber lectures a Paparazzo before a Dance Class - set number BGUS_1074757 - 47 images, published 2017-11-30 | Edwin Blanco |
| VA0002087386 | Published Group of Photos, *EXCLUSIVE* Lea Michele and Ashley Tisdale have lunch and shop at Brentwood Country Mart - set number BGUS_1077594 - 38 images, published 2017-12-03 | Daniel Poersch |
| VA0002087612 | Group Registration Photos, Justin Bieber is pumped to go Hiking - set number BGUS_1078289 - 8 images, published 2017-12-04 | Carlos Ruano |
| VA0002093223 | Group Registration Photos, *EXCLUSIVE* Justin Bieber pretends to box with buddy Harry Hudson after church - set number BGUS_1081264 - 52 images, published 2017-12-07 | Roberto Maciel |
| VA0002117009 | Group Registration Photos, *EXCLUSIVE* Ryan Gosling surveys the damage on the set of "First Man" - set number BGUS_1087728 - 39 images, published 2017-12-13 | August Heim |
| VA0002093210 | Group Registration Photos, Elle Fanning shows off her fit figure heading to her morning workout routine - set number BGUS_1087897 - 11 images, published 2017-12-13 | Tuan Pham |
| VA0002087519 | Published Group of Photos, Justin Bieber and Selena Gomez jet out of town on a private jet together - set number BGUS_1090726 - 31 images, published 2017-12-16 | Gerardo Vasquez |
| VA0002093299 | Group Registration Photos, *EXCLUSIVE* Miley Cyrus and Mary Jane start their week with a Hike! - set number BGUS_1091920 - 26 images, published 2017-12-18 | Adriano Camolese |
| VA0002093211 | Group Registration Photos, Sultry Rihanna parties it up at The Forum for Jay-Z's concert - set number BGUS_1095060 - 12 images, published 2017-12-22 | Roger Figueroa |
| VA0002097280 | Justin Bieber gets a smoothie after his workout - set number BGUS_1100468 - 29 images | Fletcher Greene |
| VA0002097265 | Jennifer Lopez steps out for a doctor's visit with her boyfriend Alex Rodriguez - set number BGUS_1100957 - 31 images | Gerardo Vasquez |
| VA0002097279 | *EXCLUSIVE* Scott Disick and Sofia Richie enjoy a dinner date at Sugarfish - set number BGUS_1101111 - 50 images | Mike Kamara |
| VA0002097272 | *EXCLUSIVE* Singer Halsey is seen with rapper boyfriend G Eazy for the first time since she was photographed doing drugs on a yacht **WEB MUST CALL FOR PRICING** - set number BGUS_1102157 - 10 images | Shane Partridge |
| VA0002097269 | *EXCLUSIVE* Hailey Baldwin shows off her toned abs during a solo coffee run under the rain! - set number BGUS_1104483 - 18 images | Daniel Poersch |
| VA0002097267 | *EXCLUSIVE* Kendall Jenner and Hailey Baldwin brave the rain to meet up at a lawyer's office - set number BGUS_1104598 - 55 images | Daniel Poersch |
| VA0002098185 | *EXCLUSIVE* Zayn Malik stops by Gigi's place in Manhattan - set number BGUS_1106366 - 6 images | Javier Mateo-Garcia |
| VA0002098177 | *EXCLUSIVE* That's a wrap on Avengers 4! - set number BGUS_1107299 - 7 images | August Heim |
| VA0002086867 | Published Group of Photos, Mila Kunis takes Wyatt to the library on Saturday - set number BGUS_1108938 - 10 images, published 2018-01-13 | BackGrid USA, Inc., employer for |
| VA0002106067 | *EXCLUSIVE* Zayn Malik exits Gigi Hadid's apartment after celebrating his birthday - set number BGUS_1108901 - 18 images | Wagner Azevedo |
| VA0002099608 | Zayn Malik keeps busy while Gigi Hadid enjoys dinner with friends in NYC - set number BGUS_1118259 - 10 images | Marvin Patterson |
| VA0002099606 | *EXCLUSIVE* Brie Larson arrives on the set of Captain Marvel - set number BGUS_1119901 - 5 images | August Heim |
| VA0002099952 | Zayn Malik takes a break this evening at the recording studio - set number BGUS_1120460 - 10 images | Marvin Patterson |
| VA0002100840 | *EXCLUSIVE* Chris Pine shows off his old school flip phone after recovering from an accident on set - set number BGUS_1122791 - 45 images | Tuan Pham |

| | | |
|---|---|---|
| VA0002100848 | *EXCLUSIVE* Justin Bieber absent from the Grammys enjoying a night out with freinds - set number BGUS_1126451 - 23 images | Julio Toledo |
| VA0002099296 | Lucy Hale leaves Cipriano in New York City - set number BGUS_1136415 - 13 images | Marvin Patterson |
| VA0002102548 | Ruby Rose jokes around with a friend as she leaves Nine Zero One salon - set number BGUS_1138465 - 9 images | Edwin Blanco |
| VA0002103846 | Selena Gomez heads to a studio session in Westwood - set number BGUS_1151832 - 11 images | Roberto Maciel |
| VA0002104291 | *EXCLUSIVE* Charlotte McKinney is smokin' hot at Madeo - set number BGUS_1153071 - subset ROLO - 10 images | Roger Figueroa |
| VA0002107956 | Kendall Jenner exits the Vanity Fair Party with a friend - set number BGUS_1162081 - 8 images | Edwin Blanco |
| VA0002105291 | Hailey Clauson and friends out at TAO for her birthday party - set number BGUS_1165818 - 14 images | Gustavo Munoz |
| VA0002100280 | Justin Bieber and Selena Gomez head out after their church service - set number BGUS_1167008 - 27 images | Gerardo Vasquez |
| VA0002105284 | *EXCLUSIVE* Martha Hunt looking cute in braids while out shopping at Barneys New York - set number BGUS_1169028 - 16 images | Javier Mateo-Garcia |
| VA0002106090 | *EXCLUSIVE* Selena Gomez out and about smiling in Beverly Hills - set number BGUS_1176887 - 19 images | Adriano Camolese |
| VA0002107436 | *EXCLUSIVE* Kendall Jenner shares a laugh with her security ahead of a LAX flight - set number BGUS_1177486 - 16 images | Edwin Blanco |
| VA0002097282 | Hailey Baldwin makes her way into Craig's - set number BGUS_1187783 - 10 images | Gustavo Munoz |
| VA0002108203 | *EXCLUSIVE* Selena Gomez is in a happy mood ahead of the weekend - set number BGUS_1190457 - 23 images | Eduardo Pimental |
| VA0002114926 | *EXCLUSIVE* Gigi and Bella Hadid matching outfits during first weekend of Coachella Festival - set number BGUS_1205534 - 10 images | Roger Figueroa |
| VA0002113108 | *EXCLUSIVE* 'The Walking Dead' starts filming season 9 in Atlanta - set number BGUS_1222656 - 40 images | August Heim |
| VA0002116838 | *EXCLUSIVE* Cast of 'The Walking Dead' film a scene with walkers for Season 9 - set number BGUS_1224481 - 43 images | August Heim |
| VA0002116836 | *PREMIUM-EXCLUSIVE* Khloe Kardashian steps out with her newborn daughter True Thompson for the first time **WEB EMBARGO UNTIL 4PM PST ON 05/07/18** - set number BGUS_1224999 - 37 images | Stuart Browning |
| VA0002116829 | *EXCLUSIVE* Charlie Heaton and Natalia Dyer spotted filming for the new season of 'Stranger Things' - set number BGUS_1228753 - 69 images | August Heim |
| VA0002114931 | Hailey Baldwin in super skinny black vinyl! - set number BGUS_1239150 - 20 images | Gustavo Munoz |
| VA0002117224 | *PREMIUM-EXCLUSIVE* Emma Stone and Justin Theroux spend some quality time together in the South of France - set number BGUS_1248059 - 50 images | Karel Brissaud |
| VA0002117266 | *EXCLUSIVE* Kaia Gerber meets friends for a night out at The Nice Guy - set number BGUS_1249215 - 18 images | Gustavo Munoz |
| VA0002117265 | *EXCLUSIVE* Dove Cameron gets her nails done in downtown Vancouver - set number BGUS_1250154 - 26 images | Rik Fedyck |
| VA0002107438 | *EXCLUSIVE* Kendall Jenner shows off her model figure stepping out for dinner at Cipriani - set number BGUS_1253371 - 23 images | Marvin Patterson |
| VA0002120547 | *EXCLUSIVE* Kylie Jenner shows off midriff and killer curves with Jordan Woods. - set number BGUS_1256956 - 84 images | Mike Kamara |
| VA0002116815 | *EXCLUSIVE* Gal Gadot and Chris Pine on the first day of filming 'Wonder Woman 2' **WEB MUST CALL FOR PRICING** - set number BGUS_1261471 - subset LYNX - 16 images | August Heim |

| | | |
|---|---|---|
| VA0002120519 | *EXCLUSIVE* Gal Gadot and Chris Pine on the first day of filming 'Wonder Woman 2' **WEB MUST CALL FOR PRICING** - set number BGUS_1261471 - subset RYMI - 12 images | Ryan Miner |
| VA0002120504 | *EXCLUSIVE* Gal Gadot is all smiles as she begins work on 'Wonder Woman 2' **WEB MUST CALL FOR PRICING** - set number BGUS_1261697 - 7 images | August Heim |
| VA0002122247 | *EXCLUSIVE* Gal Gadot glides through the air for 'Wonder Woman 1984' *WEB MUST CALL FOR PRICING* - set number BGUS_1265548 - 20 images | August Heim |
| VA0002122198 | *EXCLUSIVE* Hailey Baldwin steps out after date night with Justin Bieber in NYC - set number BGUS_1270696 - 8 images | Jawed Elatab |
| VA0002124794 | *EXCLUSIVE* Gal Gadot and Chris Pine hailing a cab on the set of "Wonder Woman 1984" - set number BGUS_1274684 - 12 images | Ryan Miner |
| VA0002124797 | *PREMIUM-EXCLUSIVE* Taylor Swift sans 4th of July party for snorkeling in Turks and Caicos with sweetheart Joe Alwyn **NO NY PAPERS** **MUST CALL FOR PRICING** - set number BGUS_1280087 - 53 images | Stuart Browning |
| VA0002124790 | *EXCLUSIVE* Looking good, girl! Jennifer Lopez facetimes Alex as she leaves a gym session in Brentwood - set number BGUS_1284369 - 10 images | Edwin Blanco |
| VA0002116826 | *EXCLUSIVE* Beyonce and Jay Z hold hands while out for a stroll in France - set number BGUS_1285119 - 50 images | Karel Brissaud |
| VA0002126213 | *EXCLUSIVE* Karrueche Tran takes her boyfriend shopping in Hollywood - set number BGUS_1294799 - 24 images | Saul Lazo |
| VA0002126217 | *EXCLUSIVE* Margot Robbie and Tom Ackerley grab some refreshments while on a trip to Costa Rica - set number BGUS_1292736 - 9 images | Carlos Ruano |
| VA0002126210 | *EXCLUSIVE* Madison Beer visits a nail salon on her lazy Sunday - set number BGUS_1296121 - 14 images | Rafael Fontoura |
| VA0002128102 | *EXCLUSIVE* Selena Gomez is all smiles during a night out with rumored beau Caleb Stevens and friends - set number BGUS_1294886 - subset GEVA - 25 images | Gerardo Vasquez |
| VA0002126423 | *EXCLUSIVE* Selena Gomez hits the mall with friends - set number BGUS_1300781 - 33 images | Maximillano Lopes Jr. |
| VA0002126383 | *EXCLUSIVE* Madison Beer flashes flesh in a black crop-top after lunch at Urth Caffe Melrose - set number BGUS_1301298 - 21 images | Fletcher Greene |
| VA0002127164 | *EXCLUSIVE* Gigi Hadid shows off a necklace that reads "Zayn" as her and Zayn Malik hop into their ride - set number BGUS_1305852 - 17 images | Javier Mateo-Garcia |
| VA0002129817 | *EXCLUSIVE* Lucy Hale heads out in her casual chic look running errands in Studio City - set number BGUS_1307931 - 12 images | Luis Rodriguez |
| VA0002127085 | *EXCLUSIVE* Khloe Kardashian and Kendall Jenner head home after their double date on the beach in Mexico - set number BGUS_1311014 - 32 images | Julio Toledo |
| VA0002127066 | *EXCLUSIVE* Harry Styles arrives in Cabo San Lucas for James Cordon birthday celebrations - set number BGUS_1314132 - 18 images | Mario Diaz |
| VA0002127589 | *EXCLUSIVE* The 'It' Gang take over Malibu! Kendall Jenner, Jaden Smith, Anwar Hadid and Kaia Gerber meet up for lunch - set number BGUS_1319271 - 63 images | Luis Guedes |
| VA0002129167 | *EXCLUSIVE* Kylie Jenner carbs out on Sushi and Ice Cream with her pals - set number BGUS_1327607 - 94 images | Mike Kamara |
| VA0002127590 | *EXCLUSIVE* Chris Evans and Scarlett Johansson sport new looks on the set of 'Avengers 4!' - set number BGUS_1328286 - 38 images | August Heim |
| VA0002130393 | *EXCLUSIVE* Bella Hadid gets a break from NYFW as she is spotted on a pizza and ice cream date night with boyfriend The Weeknd - set number BGUS_1334180 - subset MAPE - 27 images | Marvin Patterson |
| VA0002127613 | Rihanna heads to the Public Hotel for her Diamond Ball afterparty - set number BGUS_1336746 - 13 images | Marvin Patterson |

| | | |
|---|---|---|
| VA0002130388 | *EXCLUSIVE* Iggy Azalea and Playboi Carti were seen getting a private Jet at Van Nuys private airport - set number BGUS_1338408 - 82 images | Roberto Maciel |
| VA0002129313 | Ben Affleck looks beefed up for a meeting on a break from rehab - set number BGUS_1355966 - 29 images | Boaz Danziger |
| VA0002134577 | *EXCLUSIVE* Vanessa Hudgens arrives at Aroma Coffee for an afternoon pick me up - set number BGUS_1369629 - 22 images | Fabio Martins |
| VA0002127156 | *EXCLUSIVE* Justin Bieber shows off his soccer skills during a friendly church soccer game - set number BGUS_1375612 - 79 images | Carlos Maidana |
| VA0002135724 | *EXCLUSIVE* Leggy Emma Roberts enjoys an early dinner with a friend - set number BGUS_1377767 - 42 images | Jaime Perez |
| VA0002135621 | *EXCLUSIVE* Joe Jonas and Sophie Turner get creative with their costumes at Kate Hudson's party - set number BGUS_1384337 - subset RMCL - 28 images | Roberto Maciel |
| VA0002136883 | *EXCLUSIVE* Melissa Benoist, Tyler Hoechlin, Stephen Amell and Grant Gustin on the set of DC's Arrowverse Crossover - set number BGUS_1387863 - 22 images | Rik Fedyck |
| VA0002136860 | Bella Hadid and The Weeknd are hand in hand as they step out during a rainy day in NYC - set number BGUS_1393986 - 6 images | Jawed Elatab |
| VA0002136858 | *EXCLUSIVE* Emma Watson gets into character on the set of 'Little Women' - set number BGUS_1393970 - 58 images | Ryan Miner |
| VA0002136864 | *PREMIUM-EXCLUSIVE* Demi Lovato and Henry Levy grab iced coffees at The Coffee Bean & Tea Leaf **WEB EMBARGO UNTIL 12:00 PM PST ON November 6, 2018** - set number BGUS_1393720 - 88 images | Roberto Maciel |
| VA0002140888 | *EXCLUSIVE* Cute couple Justin Bieber and Hailey Baldwin share some sweet PDA on the streets of Beverly Hills - set number BGUS_1420411 - 44 images | Daniel Poersch |
| VA0002142720 | *EXCLUSIVE* Lucy Hale shows off her trendy fashion sense while out grabbing coffee - set number BGUS_1436408 - 17 images | German Duran |
| VA0002144190 | Selena Gomez sports her Taylor Swift hoodie for an outing in LA - set number BGUS_1443259 - 28 images | Safwan Saad |
| VA0002144576 | Selena Gomez looks red hot for her hot pilates session in L.A.! - set number BGUS_1444404 - subset CLTN - 15 images | Clint Brewer |
| VA0002144574 | Selena Gomez looks red hot for her hot pilates session in L.A.! - set number BGUS_1444404 - subset GEVA - 4 images | Gerardo Vasquez |
| VA0002146830 | *EXCLUSIVE* Kourtney Kardashian takes on cold Aspen winds with see through top while out with Scott and Sofia - set number BGUS_1444686 - 57 images | Edwin Blanco |
| VA0002146834 | *EXCLUSIVE* Katy Perry and Orlando Bloom grab dinner together in Aspen - set number BGUS_1445867 - 15 images | Edwin Blanco |
| VA0002146588 | *EXCLUSIVE* Katy Perry and Orlando Bloom arrive arm in arm to a quiet dinner in Aspen at Matsuhisa - set number BGUS_1446326 - 23 images | Edwin Blanco |
| VA0002148053 | *PREMIUM-EXCLUSIVE* Chris Pratt and Katherine Schwarzenegger heat things up with a romantic beachside vacation - set number BGUS_1446315 - 89 images | Mario Diaz |
| VA0002149130 | *EXCLUSIVE* Zoe Kravitz and Karl Glusman out for a movie date in Hollywood - set number BGUS_1457171 - 5 images | Roger Figueroa |
| VA0002150010 | *EXCLUSIVE* Joe Jonas and Sophie Turner shop for new digs in L.A.! - set number BGUS_1464708 - 46 images | Adriano Camolese |
| VA0002136885 | *EXCLUSIVE* Beyonce and Blue Ivy seen leaving an event in L.A. - set number BGUS_1465072 - 10 images | Jose O. Hernandez Duran |
| VA0002150493 | *EXCLUSIVE* Dakota Johnson arrives for some shopping at Barneys New York - set number BGUS_1466333 - 15 images | Daniel Poersch |
| VA0002150009 | *EXCLUSIVE* Dakota Johnson hits Barneys New York in Style for some retail therapy - set number BGUS_1466414 - 9 images | Gustavo Munoz |
| VA0002148463 | *EXCLUSIVE* Kourtney Kardashian visits her grandmother in Calabasas - set number BGUS_1468291 - 16 images | Hakop Arshakyan |

| | | |
|---|---|---|
| VA0002149035 | *EXCLUSIVE* Lana Del Rey browses the local news stand with a mystery male - set number BGUS_1470106 - 10 images | Roger Figueroa |
| VA0002148976 | *EXCLUSIVE* Emma Roberts is pretty in pink as she meets a friend for lunch in Los Feliz - set number BGUS_1472483 - 21 images | Jaime Perez |
| VA0002148642 | Bella Hadid and The Weeknd are arm in arm as they head to their waiting SUV - set number BGUS_1474660 - 14 images | Jawed Elatab |
| VA0002148918 | *EXCLUSIVE* Chris Pine chats on his phone while running errands in Hollywood - set number BGUS_1474866 - 5 images | German Duran |
| VA0002148544 | *EXCLUSIVE* Chadwick Boseman picks up some food to-go from the Oaks Gourmet Market - set number BGUS_1476673 - 20 images | Nixon Polanco |
| VA0002148610 | *EXCLUSIVE* Niall Horan relaxes poolside with friends in Cabo **WEB MUST CALL FOR PRICING** - set number BGUS_1476711 - 37 images | Mario Diaz |
| VA0002148511 | *EXCLUSIVE* Kendall and Kylie Jenner are seen in full make-up and matching hairstyles at Milk Studios - set number BGUS_1479613 - 39 images | Walter Blanco |
| VA0002148640 | *EXCLUSIVE* Danielle Cambell is joined by a friend as she steps out in  for a post-lunch walk - set number BGUS_1481264 - 16 images | Gerardo Vasquez |
| VA0002150921 | *EXCLUSIVE* Mary Elizabeth Winstead films "Birds of Prey" with her stunt double - set number BGUS_1481865 - 75 images | Walter Blanco |
| VA0002148609 | *PREMIUM-EXCLUSIVE* After skipping the Grammys, Selena Gomez slips into a two-piece during a beach day in Mexico! *NO WEB* - set number BGUS_1484420 - 49 images | Mario Diaz |
| VA0002148611 | *PREMIUM-EXCLUSIVE* Selena Gomez looks healthy and relaxed on the beach in Mexico - set number BGUS_1482573 - 31 images | Mario Diaz |
| VA0002150089 | *EXCLUSIVE* Robert Pattinson cruises around in an old pick-up truck in Los Angeles - set number BGUS_1488273 - 22 images | Walter Blanco |
| VA0002150081 | *EXCLUSIVE* Lily Collins keeps warm on a cold and rainy day with a Starbucks coffee run - set number BGUS_1488285 - 26 images | Gerardo Vasquez |
| VA0002150083 | *PREMIUM-EXCLUSIVE* Darren Criss Is married, ties the knot with Mia Swier in New Orleans! **WEB EMBARGO UNTIL 8PM ON 02/17/19** - set number BGUS_1489042 - 43 images | Stuart Browning |
| VA0002150078 | *EXCLUSIVE* Kristen Stewart stops by a storage unit with a friend in Burbank - set number BGUS_1490451 - 6 images | Saul Lazo |
| VA0002150074 | *EXCLUSIVE* Amal Clooney and the twins head back to London after Meghan Markle's baby shower - set number BGUS_1493082 - 8 images | Marvin Patterson |
| VA0002149954 | *EXCLUSIVE* Margot Robbie picks up dog food on the set of 'Birds Of Prey' - set number BGUS_1494222 - 39 images | Walter Blanco |
| VA0002149947 | *EXCLUSIVE* Scott Eastwood goes out for lunch in LA with friends - set number BGUS_1494283 - 30 images | Ronen Cohen |
| VA0002149944 | *EXCLUSIVE* Margot Robbie shoots an action scene for 'Birds of Prey' - set number BGUS_1494478 - 43 images | Walter Blanco |
| VA0002152208 | *EXCLUSIVE* Niall Horan cuddles up to a mystery girl while enjoying a night out with friends - set number BGUS_1501419 - 10 images | Roger Figueroa |
| VA0002164947 | *EXCLUSIVE* Shanina Shaik attends the Kylie Skin launch event - set number BGUS_1597796 - 6 images | Edwin Blanco |
| VA0002164988 | *EXCLUSIVE* Dakota Johnson enjoys some pampering before a trip to Earthbar - set number BGUS_1599058 - 64 images | Edwin Blanco |
| VA0002171906 | *EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna and Kyle Richards - set number BGUS_1630212 - 46 images | Hayk Arsham |
| VA0002178392 | Justin Bieber leaves doc's office with bandages on his arm but with a big smile nontheless! - set number BGUS_1725019 - 20 images | Gustavo Munoz |
| VA0002177912 | *EXCLUSIVE* Justin and Hailey Bieber arrive for a late night doctor's appointment in Beverly Hills - set number BGUS_1730602 - subset VICE - 28 images | Maximillano Lopes Jr. |
| VA0002197921 | *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The Winter Soldier' in Atlanta! - set number BGUS_1786610 - 28 images | August Heim |