**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BACKGRID USA, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TUMBLR, INC., a Delaware corporation; AUTOMATTIC, INC. a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:20-cv-03167-LAK<br><br>**ECF Case**<br><br>Honorable Lewis A. Kaplan<br>Courtroom 21B |

**DEFENDANT TUMBLR, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Defendant Tumblr, Inc.'s parent corporation is Automattic, Inc., and that no other publicly held corporation owns 10% or more of its stock.

Dated: June 25, 2020

DURIE TANGRI LLP

By: *\/s/ Samuel J. Zeilin*

JOSEPH C. GRATZ (*Pro Hac Vice pending*)
jgratz@durietangri.com
SAMUEL J. ZEITLIN
szeitlin@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
TUMBLR, INC. and AUTOMATTIC, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Samuel J. Zeilin*
SAMUEL J. ZEITLIN